FILED: April 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6621

_____

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

TELLY SURVAR ARMSTRONG, a/k/a Telly Savalas Armstrong,

       Defendant – Appellant.

------------------------------

GRACE GREENE SIMMONS,

       Court-Assigned Amicus Counsel.

_____

O R D E R

_____

The court amends its opinion filed April 1, 2025, as follows:

On page 3, citations to the Joint Appendix within brackets have been deleted.

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk